UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, | )<br>) |
| Plaintiff, | ) 2:16-cv-02762-RFB-NJK<br>) |
| vs. | )<br>) |
| SFR INVESTMENTS POOL 1, LLC, et al., | ) **O R D E R**<br>) |
| Defendants. | ) (Docket No. 7)<br>) |

Pending before the Court is Defendant SFR Investments Pool 1, LLC's ("SFR") Demand for Security of Costs. Docket No. 7. No response has been filed. *See* Docket. The Court finds that this motion is properly resolved without oral argument. *See* Local Rule 78-1.

**DISCUSSION**

It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions. *Feagins v. Trump Org.*, 2012 WL 925027, \*1 (D. Nev. Mar. 19, 2012); *citing Hamar v. Hyatt Corp.,* 98 F.R.D. 305, 305–306 (D.Nev.1983); *Arrambide v. St. Mary's Hosp., Inc.,* 647 F.Supp. 1148, 1149 (D.Nev.1986). Under Nevada law, "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant." NRS 18.130(1). The present case is a diversity action and Plaintiff is a non-resident of this state. *See* Complaint, Docket No. 1, at 2, ¶¶ 2, 4. Therefore, Plaintiff is required to provide security in the amount of $500 per defendant, pursuant to NRS 18.130. *See Feagins*, 2012 WL 925027, \*1; *see also Truck Ins. Exchange v. Tetzlaff,* 683 F.Supp. 223, 227 (D.Nev.1988).

## CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant SFR's Demand for Security of Costs (Docket No. 7) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff shall provide security in the amount of $500 per Defendant, no later than January 20, 2017.

DATED: January 6, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge