Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: tasca@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

Attorneys for Plaintiff/Counter-Defendant
HSBC Bank USA, National Association, as
Trustee for People's Choice Home Loan
Securities Corp., People's Choice Home Loan
Securities Trust Series 2005-1, Mortgage-
Backed Notes, Series 2005-1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES CORP., PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; BELCREST HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendant. | Case No. 2:16-cv-02762-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY MEMORANDA IN SUPPORT OF SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-claimant,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES CORP., PEOPLE'S CHOICE | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1; AND MARILU AGUILERA, an individual,<br><br>Counter/Cross-defendants. |

Plaintiff/Counter-defendant HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 ("Trustee"), Defendant/Counterclaimaint SFR Investments Pool 1, LLC ("SFR"), and Defendant Belcrest Homeowners Association ("Belcrest") (collectively, the "Parties"), hereby stipulate to an Order for an extension of time for Trustee and SFR to file Reply Memoranda in support of their respective Motions for Summary Judgment [ECF Nos. 32, 33], filed October 25, 2017.

Trustee's counsel has requested the extension for additional time to reply to SFR's Response to Trustee's Motion for Summary Judgment due to the impending holiday and because counsel for Trustee has several matters with dispositive motion deadlines in the next two weeks. The original deadline for Trustee and SFR to file Reply Memoranda in support of their motions for summary judgment is November 22, 2017. The proposed deadline is December 1, 2017.

[*Remainder of page intentionally left blank.*]

2

DMWEST #17258559 v1

1 This is the Parties' first request for extension of this deadline, and it is not intended to cause any delay or prejudice to any party.

Dated: November 22, 2017

**IT IS SO STIPULATED.**

| | |
|---|---|
| BALLARD SPAHR LLP | TYSON & MENDES, LLP |
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Thomas E. McGrath<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>Christopher A. Lund, Esq.<br>Nevada Bar No. 12435<br>8275 South Eastern Ave., Suite 115<br>Las Vegas, Nevada 89123 |
| *Attorneys for Plaintiff* | *Attorney for Defendant Belcrest Homeowners Association* |

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of November, 2017.

3

DMWEST #17258559 v1