Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: tasca@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant HSBC Bank USA, National Association, as Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES CORP., PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada limited liability company; BELCREST HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation.<br><br>Defendant. | Case No. 2:16-cv-02762-RFB-NJK<br><br>**STIPULATION AND ORDER TO 1) DISMISS WITH PREJUDICE CLAIMS BETWEEN PLAINTIFF/COUNTER-DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION, BELCREST HOMEOWNERS ASSOCIATION AND DEFENDANT/COUNTER-CLAIMANT SFR INVESTMENTS POOL 1, LLC; AND 2) LIFT STAY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-claimant,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR PEOPLE'S CHOICE HOME LOAN SECURITIES CORP., PEOPLE'S CHOICE HOME LOAN SECURITIES TRUST SERIES 2005-1, MORTGAGE-BACKED NOTES, SERIES 2005-1; AND MARILU AGUILERA, an individual,<br><br>Counter/Cross-defendants. | |

DMWEST #18188612 v1

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
(702) 471-7000 FAX (702) 471-7070

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-defendant HSBC Bank USA, National Association, as Trustee for People's Choice Home Loan Securities Corp., People's Choice Home Loan Securities Trust Series 2005-1, Mortgage-Backed Notes, Series 2005-1 ("Trustee"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), and Defendant Belcrest Homeowners Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 5880 Sakhalin Avenue, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on July 12, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20041124-0003185 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

4. This Stipulation in no way affects SFR's cross-claim against Marilu Aguilera;

5. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on January 12, 2017 pursuant to this Court's Order [ECF No. 11] shall be discharged and released to the Ballard Spahr LLP Trust Account;

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 2017013-00000119 be, and the same hereby is, EXPUNGED.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

DMWEST #18188612 v1

8. The Parties further agree to lift the stay entered July 13, 2018 [ECF No. 82];

9. This case shall remain open until such time as SFR resolves its pending cross-claim against Marilu Aguilera; and

(*Remainder of Page Intentionally Left Blank*)

DMWEST #18188612 v1

10. Each party in this case number 2:16-cv-02762-RFB-NJK shall bear its own attorneys' fees and costs.

Dated: December 11, 2018

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Justin A. Shiroff, Esq.
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
    Diana S. Ebron
    Nevada Bar No. 10580
    Jacqueline A. Gilbert
    Nevada Bar No. 10593
    Karen L. Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

TYSON & MENDES, LLP

By: /s/ Thomas E. McGrath
    Thomas E. McGrath, Esq.
    Nevada Bar No. 7086
    Christopher A. Lund, Esq.
    Nevada Bar No. 12435
    8275 South Eastern Ave., Suite 115
    Las Vegas, Nevada 89123

*Attorney for Defendant Belcrest Homeowners Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of December, 2018.

4