AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

HSBC BANK USA, NATIONAL ASSOCIATION

        Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC.,, et al.,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02762-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered against Marilu Aguilera and in favor of SFR Investments Pool 1, LLC.

3/31/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk